```
     ✓ FILED      ___ LODGED
     ___ RECEIVED ___ COPY

          FEB 1 6 2016

     CLERK U S DISTRICT COURT
       DISTRICT OF ARIZONA
     BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                     Plaintiff,<br><br>vs.<br><br>Juan Pablo Garrido Chilaca,<br><br>                     Defendant. | CR-16-00195-PHX-DLR (JZB)<br><br>**R E D A C T E D**<br>**I N D I C T M E N T**<br><br>VIO:  18 U.S.C. §§ 2252A(a)(5)(B),<br>      (b)(2), and 2256<br>      (Possession of Child Pornography)<br>      Counts 1 and 2 |

THE GRAND JURY CHARGES:

## COUNT ONE

On or between November 29, 2014 and May 6, 2015, in the District of Arizona, defendant JUAN PABLO GARRIDO CHILACA did knowingly possess matter that contained, and did knowingly access said matter with the intent to view, at least one image of child pornography including, but not limited to, Dropbox Account "pablo garrido," that had been shipped and transported in and affecting interstate and foreign commerce, and which contains material which has been so mailed and shipped and transported by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B), (b)(2), and 2256.

## COUNT TWO

On or about January 20, 2016, in the District of Arizona, defendant JUAN PABLO

1 | GARRIDO CHILACA did knowingly possess matter that contained at least one image of
2 | child pornography including, but not limited to, Image One, that had been shipped and
3 | transported in and affecting interstate and foreign commerce, and which contains material
4 | which has been so mailed and shipped and transported by any means, including by computer.
5 |       In violation of Title 18, United States Code, Sections 2252A(a)(5)(B), (b)(2), and
6 | 2256.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: February 16, 2016

JOHN S. LEONARDO
United States Attorney
District of Arizona

/s/
RACHEL REAMES STODDARD
Assistant U.S. Attorney