```
___ FILED      ___ LODGED
___ RECEIVED   ___ COPY

     JAN 1 8 2017

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Juan Pablo Garrido Chilaca,<br><br>    Defendant. | No. CR-16-00195-PHX-DLR<br><br>**SUPERSEDING INDICTMENT**<br><br>VIO: 18 U.S.C. §§ 2252(a)(4)(B), and 2256<br>(Possession of Child Pornography)<br>Counts 1 - 4<br><br>18 U.S.C. §§ 981 and 2253,<br>21 U.S.C. § 853, and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegations) |

THE GRAND JURY CHARGES:

## COUNT 1

On or about May 6, 2015, in the District of Arizona, and elsewhere, defendant JUAN PABLO GARRIDO CHILACA, did knowingly possess and knowingly access with intent to view, visual depictions that involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct. The visual depictions possessed and accessed by the defendant were contained in a Dropbox account with the name of "pablo garrido." The visual depictions in the "pablo garrido" account had been mailed, had been shipped or transported using any means or facility of interstate or foreign commerce or in and affecting interstate or foreign commerce, and had been produced using materials which had been mailed, shipped, or transported, by any means, including by computer. Some of the visual depictions of minors engaged in sexually explicit conduct are listed below:

    1f595bad-9869-4e10-af69-f5cb763ed1bc.jpg

| | |
|---|---|
| 1 | 3b740cf7-ef3c-4283-aaae-01160975586c.jpg |
| 2 | 4bce4703-9771-4a41-8253-154589310cb1.jpg |
| 3 | 4e279a9e-1a37-476d-a962-70b434b95139.jpg |
| 4 | 07a2c21e-43f9-4cc0-a1ea-25ef87aae970.jpg |
| 5 | 7ca5d521-b53c-43f9-bee5-2aa7661d95c0.jpg |
| 6 | 9b0dfc35-6e62-4b5b-b6d4-5c17f634b4ad.jpg |
| 7 | 10de80ce-cfab-483c-a34a-8f5ad72ead11.jpg |
| 8 | 29d2d044-f067-4da1-bda0-64ce9cf23b8f.jpg |
| 9 | 40a161bc-a131-41f6-87cc-b383b84503c0.jpg |
| 10 | 57fb4cac-9e25-4983-be35-d89fec98222f.jpg |
| 11 | 70e39602-0fe4-48f2-b950-a26c14ed7922.jpg |
| 12 | 73db2e2a-b3d8-4917-810d-70073c6c1df0.jpg |
| 13 | 97e6df94-9de1-4bf8-bf9a-86b8ff0461fe.jpg |
| 14 | 284a3bd5-8f6a-491e-a507-1c3b5e82158f.jpg |
| 15 | 291c2c55-34f9-4da2-8b37-328e7226d72e.jpg |
| 16 | 298d1eb1-4141-448d-8284-f1a2e47cd250.jpg |
| 17 | 552cfe14-1f99-4d31-b514-0bf81a31551e.jpg |
| 18 | 681eef22-4998-4bc0-b7e9-b0ff297c3157.jpg |
| 19 | 946d8c03-24af-40e9-ad26-b7a317519b6d.jpg |
| 20 | 947fc9d6-b744-4dda-823a-0973db81d42c.jpg |
| 21 | 9720a6bd-d780-4144-8652-b9834877f4cc.jpg |
| 22 | 38991f08-af8a-4d56-a144-13d2a465331b.jpg |
| 23 | fbcdb3cc-ecf0-41a8-a28f-eeb17594408e.jpg |
| 24 | a0638d56-ff23-4b48-819a-8bb9b6b8c9bb_c8scutsfsdqiyem29gbttw.mp4 |

In violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2256.

## COUNT TWO

On or about January 20, 2016, in the District of Arizona, and elsewhere, defendant JUAN PABLO GARRIDO CHILACA, did knowingly possess and knowingly access with intent to view, visual depictions that involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct. The visual depictions possessed and accessed by the defendant were contained on a Seagate brand hard drive. The visual depictions on the Seagate brand hard drive had been mailed, had been shipped or transported using any means or facility of interstate or foreign commerce or in and affecting interstate or foreign commerce, and had been produced using materials which had been mailed, shipped, or transported, by any means including by computer. Some of the visual depictions of minors engaged in sexually explicit conduct are listed below:

    a (86).jpg
    a (123).jpg
    a (143).jpg
    a (162).jpg
    a (168).jpg
    a (170).jpg
    a (175).jpg
    a (176.4).jpg
    a (182).jpg
    a (368).jpg
    a (497).jpg
    a (501).jpg
    a (510).JPG
    d (12).jpg
    d (40).jpg
    e (1).jpg
    e (4).jpg

| | |
|---|---|
| 1 | j (31).jpg |
| 2 | j (40).jpg |
| 3 | j (82).jpg |
| 4 | j (91).jpg |
| 5 | j (101).jpg |
| 6 | Video Aug15_10 01 58 PM.mp4.mpg |
| 7 | Video Aug15_10 02 01 PM.mp4.mpg |
| 8 | Video Aug17_9 46 04 AM.mp4.mpg |
| 9 | Video Aug 17_10 04 06 AM.mp4.mpg |
| 10 | Video Aug 18_5 07 53 AM.mp4.mpg |
| 11 | Video Aug 18_5 11 25 AM (1).mp4.mpg |
| 12 | In violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2256. |

## COUNT THREE

On or about January 20, 2016, in the District of Arizona, and elsewhere, defendant JUAN PABLO GARRIDO CHILACA, did knowingly possess and knowingly access with intent to view, visual depictions that involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct. The visual depictions possessed and accessed by the defendant were contained on a Western Digital brand hard drive. The visual depictions on the Western Digital brand hard drive had been mailed, had been shipped or transported using any means or facility of interstate or foreign commerce or in and affecting interstate or foreign commerce, and had been produced using materials which had been mailed, shipped, or transported, by any means including by computer. Some of the visual depictions of minors engaged in sexually explicit conduct are listed below:

_60gomNwnX1ELg06ANELKljMd8w4Ds9eTCEiZ47ZcbJogmViOV6Sa6leC0uRs9wjoSa0ur0mTtefwN2gr04Ta==.jpeg

2f44e719-141b-43cd-a844-4ac7c0e32fd2.jpg

4jnhEwtVMYceE2LyWxYaTwl6jDiwvBhzAQGJP4lDah5-ZPsOvas-Na6Mjyqdz-Nk2qhMNP6k0jl55PUuA4Lcg==.jpeg

| | |
|---|---|
| 1 | 7OkzcWcWAW3qYXAJBY5bTbMf5fOmpkPBn0v2C5m6X3l[1].JPG |
| 2 | 920ba1fb-7e0e-45f3-942e-b15068b4cf9d.jpg.png |
| 3 | b4d8feb2-9fab-47e2-9def-c48432231297.jpg |
| 4 | fcKhmiWV65eoLiD7ocrScBKg7h_p4qqNGqAKkcDsCB_lqnlCerXS8wNFhMVZd3yEErUHvgmyzdrcgTKG14Qypw==.jpeg |
| 5 | |
| 6 | Video Apr 17_10 23 44 PM.mp4.mpg |
| 7 | Video Jun 28_9 45 16 mp4.mpg |
| 8 | Video Jun 28_ 9 45 22 (1).mp4.mpg |
| 9 | Video Sep 05_10 27 14 PM (1).mp4.mpg |
| 10 | Video Sep 05_10 28 13 PM.mp4.mpg |

In violation of Title 18, United States Code, Sections 2252(a)(4)(B), and 2256.

## COUNT FOUR

On or about January 20, 2016, in the District of Arizona, and elsewhere, defendant JUAN PABLO GARRIDO CHILACA, did knowingly possess and knowingly access with intent to view, visual depictions that involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct. The visual depictions possessed and accessed by the defendant were contained in a Simple Tech Pro Drive brand hard drive. The visual depictions in the Simple Tech Pro Drive brand hard drive had been mailed, had been shipped or transported using any means or facility of interstate or foreign commerce or in and affecting interstate or foreign commerce, and had been produced using materials which had been mailed, shipped, or transported, by any means including by computer. Some of the visual depictions of minors engaged in sexually explicit conduct are listed below:

Carl David Hyman Jr – KIDDIE PUSSY 72- Witch pedo pthc nudist naked hussyfan lolitaguy 2yo child preteen bikini pussy 6yo virgin(1).jpg

Carl David Hyman Jr – PTHC 109 – 3yo Witch nudist naked penis preteen vagina little girls ass 8yr child panties gay hussyfan 7yo love lolitaguy 8yo pussy pedo porn.jpg

CARL DAVID HYMAN JR – KIDDIE PORN 69b – Witch nudist naked penis preteen vagina little girls ass 6yr panties gay hussyfan 7yo lolitaguy 8yr pussy pedo kiddie porn

r_ygo.jpg

Carl David Hyman Jr – Lolita 10 – naked witch wild little girls 7yr 8yo preteen gay pussy nude child panties – persephone01_comcast_net – lolitaguy hussyfan sex(1).jpg

Carl David Hyman Jr – KIDDIE SEX 03 – Witch nudist naked penis preteen vagina little girls ass 8yr child panties gay hussyfan 7yo lolitaguy 8yo pussy pedo porn-persephone0.jpg

Carl David Hyman Jr- KIDDIE SEX 0632 – Witch nudist naked penis preteen vagina little girls ass 8yr child panties gay hussyfan 7yo lolitaguy 8yo pussy pedo porn-persephon.jpg

6yr Girl Best Vicky BJ & Handjob with sound (r_ygold pedo reelkiddymov underage illegal Lolita d.mpg

ANN1 10 Hussyfan) (Pthc) Vicky 7yo and 10yo 69 Pedo Child Porno Lolita.mpg

In violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2256.

## **FORFEITURE ALLEGATIONS**

The Grand Jury realleges and incorporates the allegations of Counts 1 - 4 of this Superseding Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 981 and 2253, Title 21 United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Counts 1-4 of this Superseding Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in any visual depiction, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of statute, and any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense, and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, including, but not limited to: a

Seagate brand hard drive, a Western Digital brand hard drive, and a Simple Tech Pro Drive brand hard drive. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (1) cannot be located upon the exercise of due diligence,

    (2) has been transferred or sold to, or deposited with, a third party,

    (3) has been placed beyond the jurisdiction of the court,

    (4) has been substantially diminished in value, or

    (5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. Section 853(p).

All in accordance with Title 18, United States Code, Sections 981 and 2253, Title 21, United States Code, Section 853, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date: January 18, 2017

JOHN S. LEONARDO
United States Attorney
District of Arizona

*s/*
GAYLE L. HELART
Assistant U.S. Attorney