```
FILED ___ LODGED
___ RECEIVED ___ COPY
APR 1 9 2017
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>vs.<br><br>Juan Pablo Garrido Chilaca,<br><br>          Defendant. | No. CR-16-00195-PHX-DLR<br><br>**VERDICT FORM**<br><br>REDACTED |

We, the Jury, duly empaneled and sworn in the above-entitled action, upon our oaths, find the defendant, Juan Pablo Garrido Chilaca:

__Guilty__ of the crime of knowingly possessing or knowingly accessing with intent to view child pornography as charged
GUILTY / NOT GUILTY     in Count 1 of the Superseding Indictment.

__Guilty__ of the crime of knowingly possessing or knowingly accessing with intent to view child pornography as charged
GUILTY / NOT GUILTY     in Count 2 of the Superseding Indictment.

__Guilty__ of the crime of knowingly possessing or knowingly accessing with intent to view child pornography as charged
GUILTY / NOT GUILTY     in Count 3 of the Superseding Indictment.

| | | |
|---|---|---|
| 1 | | |
| 2 | <u>Guilty</u><br>GUILTY / NOT GUILTY | of the crime of knowingly possessing or knowingly accessing with intent to view child pornography as charged in Count 4 of the Superseding Indictment. |
| 3 | | |
| 4 | | |
| 5 | 4/19/2017 | |
| 6 | ~~Guilty~~ | #1 |
| 7 | DATE | FOREPERSON SIGNATURE |